**PHILIP J. COHEN, Esq.*++**
CERTIFIED BY THE SUPREME COURT
OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY
pcohen@crlawoffices.com

**KEVIN RIECHELSON, Esq.***
kriechelson@crlawoffices.com

**HOWARD D. POPPER, Esq.*** ±★
hpopper@crlawoffices.com

**JAMES LAZZARO, Esq.** +
jlazzaro@crlawoffices.com

**CURT J. COX, Esq.**+★
ccox@crlawoffices.com

**BRUCE G. CASSIDY, Esq.** *±★
bcassidy@crlawoffices.com

★**Of Counsel**
* **Member of NJ & PA Bar**
+ **Member of NJ Bar**
++**Member of NY Bar**
±**Member of FL & District of Columbia Bar**



COHEN & RIECHELSON
**3500 QUAKERBRIDGE ROAD, SUITE 203
HAMILTON, NEW JERSEY 08619**

**PHONE: (609) 394-8585
FAX: (609) 394-8620**

120 WINDSOR PLACE
CENTRAL ISLIP, NY 11722

501 CAMBRIA AVENUE
BENSALEM, PA 19020

1700 MARKET STREET
SUITE 1005
PHILADELPHIA, PA 19103

ONE WESTERN AVENUE
MORRISTOWN, NJ 07960

**PLEASE REPLY TO
HAMILTON**

WEB: WWW.KCRLAWFIRM.COM

May 28, 2026

Court Administrator
US District Court of New Jersey
Mitchell H. Cohen Building & US Courthouse
4th & Cooper Streets, Room 1050
Camden, NJ 08101

> **RE:  EMR Camden Recycling Plant - Class Action**
> **Docket No.:     1:26-CV-06041**
> **Our File No.:    55558131.000**

Dear Sir or Madam:

With regard to the above captioned, I caused to be filed on May 27, 2026, the Complaint and Civil Cover Sheet.  The Complaint was missing pages when filed and I called the Court today to inquire about how to add the missing pages.  I was told to file an Amended Document with correspondence explaining what happened.

Should you have any further questions, please feel free to contact our office.

Very truly yours,
Law Offices of
**COHEN & RIECHELSON**

*Kevin Riechelson*
KEVIN RIECHELSON, ESQUIRE

KSR/jh

P:\EMR Camden Recycling Plant\COR\Letter to Court regarding missing pages of Complaint.docx