Kevin S. Riechelson
**COHEN & RIECHELSON**
3500 Quakerbridge Road, Suite 203
Hamilton, New Jersey, 08619
Tel: (609) 394-8585| Fax: (609) 394-8620

*Attorney for Plaintiffs*

| | |
|---|---|
| SANDRA WILES, CELESTINE WALLACE, and DEANDRA SMITH individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> EMR ADVANCED RECYCLING, LLC, <br><br> Defendant. | Civil Action No. 1:26-cv-06041 <br><br> Hon. Reneé Marie Bumb |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiffs, by and through undersigned counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant EMR Advanced Recycling, LLC. Defendant has not yet served an answer or motion for summary judgment in this action.

Dated: June 19, 2026

Respectfully submitted,

*s/ Kevin S. Riechelson*

**COHEN & RIECHELSON**
3500 Quakerbridge Road, Suite 203
Hamilton, New Jersey, 08619
Tel: (609) 394-8585| Fax: (609) 394-8620
KRiechelson@crlawoffices.com

*Attorney for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 19, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel of record. I further certify that a copy of this notice has been separately sent on this date to Defendant's Counsel, via electronic mail at kcampbell@mankogold.com.

*s/ Kevin S. Riechelson*
Kevin S. Riechelson, Esq.

*Attorney for Plaintiffs*
